# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145160

Estate of ROBERTO ANDERSON.
_____

MARIA ANDERSON, Personal Representative of
the Estate of ROBERTO ANDERSON,
        Plaintiff-Appellee,

v

DOUGLAS F. THOMPSON and MATTHEW
J. MURPHY,
        Defendants-Appellants.

_____/

SC: 145160
COA: 295317
Genesee CC: 08-089832-NO

On order of the Court, the application for leave to appeal the April 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

d1015